UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Garner J. Kohrell

    Plaintiff,

v.

Nelnet Servicing, LLC, et al.

    Defendant.

Case No. 3:22-cv-00314

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for _____ ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Kentucky

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/14/2022

_____
(Signature–hand signed)

Name: Peter J. Jannace

Firm: Branstetter Stranch & Jennings, PLLC

Address:

515 Park Avenue, Louisville, KY 40208

Email address: peterj@bsjfirm.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.