# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GARNER J. KOHRELL, individually, and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br>     v.<br><br>NELNET SERVICING, LLC and EDFINANCIAL SERVICES, LLC,<br><br>                         Defendants. | Case No. 3:22-CV-00314<br><br>**HON. THOMAS A. VARLAN**<br>**CLASS ACTION** |

## JOINT MOTION TO TRANSFER TO THE DISTRICT OF NEBRASKA WHERE RELATED CASES ARE PENDING

Plaintiff Garner Kohrell ("Plaintiff") and Defendants Nelnet Servicing, LLC and Edfinancial Services, LLC ("Defendants"), by and through their respective attorneys of record, hereby jointly submit this Joint Motion requesting this Court to transfer this action to the United State District Court of Nebraska.

At present, there are twenty-two (22) out of twenty-three (23) cases pending in the Nebraska District Court before the Honorable Judge John M. Gerrard against the same Defendant and arising out of the same incidents alleged in the Complaint filed in this case (the "Related Actions"). *See* the following cases: *Jesse Herrick v. Nelnet Servicing, Inc.*, Case No. 4:22-cv-03181; *Amanda Beasley v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03187; *Antonia Bird v. Nelnet Servicing, Inc.*, Case No. 4:22-cv-03195; *Robert Carlson v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03184; *Carey Ballard v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03185; *Michael Varlotta v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03188; *Dylan Hollenkamp v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03189; *William Spearman, et al. v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03191; *Barbara Miller v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03193; *Francine Simmons v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03194; *Veronica Joaquin-Torres v. Nelnet Servicing,*

*LLC*, Case No. 4:22-cv-03196; *Kennedy Freeman v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03197; *Pamela Bump, et al. v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03204; *Mia Sayers, et al. v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03203; *Christopher Cordaro v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03207; *Ryan Gamen v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03209; *Hunter Freeland v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03211; *Max Eichenblatt v. Nelnet Servicing, LLC,* Case No. 4:22-cv-03227; *Neil Kitzler v. Nelnet Servicing, LLC,* Case No. 4:22-cv-03241; *Jennifer Hegarty v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03186--JMG-CRZ; *Quinn v. Edfinancial Services, LLC & Nelnet Servicing*, *LLC*, Case No: 8:22-cv-413-JMG-CRZ; and *Ian Scott, et al v. Nelnet Servicing, LLC,* Case No: 4:22-cv-03259-JMG-CRZ. This case is the only Related Action not yet pending in the District of Nebraska.

Plaintiffs in the *Spearman* and *Bump* actions filed a Motion of Transfer of Action and Consolidation (the "Motion") with the Judicial Panel on Multidistrict Litigation ("JPML") seeking official coordination of the pending federal actions. That Motion was denied on December 13, 2022, and in denying the request the JPML noted this action was the only case creating a multi-district aspect of the litigation and that, "Section 1404 transfer could eliminate [that characteristic]." *See In re Nelnet Servicing, LLC Data Security Litigation* Case No. 3053, Dkt. No. 60. Section 1404 of Title 28 of the United States Code provides: "For the convenience of the parties, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." The transfer of this action to the District Court of Nebraska to be litigated in conjunction with other cases pending against Defendants will serve the interests of justice and judicial efficiency, especially since all the cases are designated as Class Action Complaints.

In light of the foregoing, the herein Parties request that the Court transfer this action to the United States District Court for Nebraska to file any appropriate pleadings in relation to this class action lawsuit.

Dated: December 15, 2022         BY: **PAINE TARWATER BICKERS, LLP**
                                 By: */s/ Thomas H. Jarvis*
                                 Michael J. King, #015523
                                 Thomas H. Jarvis, #036835
                                 PAINE TARWATER BICKERS, LLP
                                 900 South Gay Street, Suite 2200
                                 Knoxville, Tennessee 37902-1821
                                 Telephone: 865-525-0880
                                 Facsimile: 865-521-7441
                                 mjk@painebickers.com
                                 thj@painebickers.com
                                 *Attorney for Nelnet Servicing, LLC*

                                 /s/ *Casie D. Collignon*
                                 Casie D. Collignon, *Pro Hac Vice*
                                 BAKER & HOSTETLER LLP
                                 1801 California Street, Suite 4400
                                 Denver, CO 80202
                                 Tel: (303) 764-4037
                                 ccollignon@bakerlaw.com
                                 *Attorney for Defendant Edfinancial Services, LLC*

                                 /s/ *Kate M. Baxter-Kauf*
                                 Kate M. Baxter-Kauf, *Pro Hac Vice*
                                 Lockridge, Grindal & Nauen PLLP
                                 100 Washington Avenue South
                                 Suite 2200
                                 Minneapolis, MN 55401
                                 612-339-6900
                                 Fax: 612-339-6900
                                 Email: kmbaxter-kauf@locklaw.com
                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 15, 2022, a copy of this motion was filed electronically with the United States District Court for the Eastern District of Tennessee and served on all counsel of record through the CM/ECF system.

       */s/ Thomas Jarvis*
       Thomas H. Jarvis